UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI - EASTERN DIVISION

| | |
|---|---|
| LYNDALE HUNTER,<br><br>Plaintiffs,<br><br>-against-<br><br>TOYS "R" US-DELAWARE INC., a Delaware Corporation,<br><br>Defendant. | Case No : 4 04 CV 00949 SNL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lyndale Hunter and Defendant Toys "R" Us, Inc s/h/a Toys "R" Us – Delaware, Inc., a Delaware Corporation (hereinafter "Defendant"), through their undersigned counsel, that the above-captioned action be and is hereby dismissed, with prejudice, including without limitation, all claims which Plaintiff has asserted or could have asserted against Defendant and with no award of attorneys' fees or costs by the Court to any party.

LAW OFFICES OF DAVID M. HEIMOS, ESQ.
230 South Bemiston, Suite 1200
Clayton, Missouri 63105

_April 4, 2005_  By: _David M. Heimos_
Date                DAVID M. HEIMOS, ESQ.

ATTORNEY FOR PLAINTIFF

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

4-15-05
Date

By: /s/ Mindy Novick
Mindy Novick (MN 6396)
Matthew A. Steinberg (MS 3979)

ATTORNEYS FOR DEFENDANT
TOYS "R" US, INC.

LATHROP & GAGE, L.C.
The Equitable Building, Suite 1300
10 South Broadway
St. Louis, Missouri 63102-1708
(314) 613-2500

4/18/05
Date

By: /s/ James M. Paul
James M. Paul (E.D. MO. No. 71796)

ATTORNEYS FOR DEFENDANT
TOYS "R" US, INC.

IT IS SO ORDERED this _____ day of _____, 2005.

_____
Hon. Stephen N. Limbaugh

-2-